UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IH2 PROPERTY WASHINGTON LP,

          Plaintiff,

  v.

JOHN NELSON,

          Defendant.

CASE NO. C13-5550 BHS

ORDER REMANDING MATTER

This matter comes before the Court on Defendant John and Allison Nelson's ("Nelsons") notice of removal (Dkt. 1).

On May 25, 2013, Plaintiff IH2 Property Washington LP filed an unlawful detainer action in Pierce County Superior Court for the State of Washington. Dkt. 3. On July 8, 2013, the Nelsons removed the matter to this Court asserting that the Court has jurisdiction pursuant to 28 U.S.C. § 1332. Dkt. 1 at 3.

If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. § 1447(c).

ORDER - 1

1   The Court lacks subject matter jurisdiction over CitiMortgage's unlawful detainer
2   action to obtain possession of real property that the Nelsons will allegedly not vacate.
3   Therefore, the Court *sua sponte* **REMANDS** the matter.

4   **IT IS SO ORDERED.**

5   Dated this 11th day of July, 2013.

```
                                    BENJAMIN H. SETTLE
                                    United States District Judge
```